**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **JOSEPH EDWARD PARKER** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO. 2:14-CV-9-KS-MTP** |
| **LEAF RIVER CELLULOSE, LLC** | **DEFENDANT** |

**ORDER**

On April 24, 2017, Plaintiff Joseph Edward Parker("Movant") filed his Motion for Summary Judgment [69]. Defendant Leaf River Cellulose, LLC, ("Respondent") has until on or before **May 8, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **May 15, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the 25th day of April, 2017.

s/Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE