**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**JOSEPH EDWARD PARKER**                                                 **PLAINTIFF**

**v.**                                                              **CIVIL ACTION NO. 2:14-CV-9-KS-MTP**

**LEAF RIVER CELLULOSE, LLC**                                        **DEFENDANT**

**ORDER**

On April 24, 2017, Defendant Leaf River Cellulose, LLC, ("Movant") filed its Motion for Summary Judgment [71]. Plaintiff Joseph Edward Parker ("Respondent") has until on or before **May 8, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, it may do so on or before **May 15, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___25th___ day of April, 2017.

         ___s/Keith Starrett_____
         KEITH STARRETT
         UNITED STATES DISTRICT JUDGE