# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOSEPH EDWARD PARKER**                                                        **PLAINTIFF**

**v.**                                                        **CIVIL ACTION NO. 2:14-CV-9-KS-MTP**

**LEAF RIVER CELLULOSE, LLC**                                        **DEFENDANT**

## ORDER

On July 25, 2017, Defendant filed its Motions *In Limine* [90][92]. Plaintiff has until on or before **August 1, 2017**, to file a response. Defendant's rebuttal is due on or before **August 8, 2017**.

SO ORDERED AND ADJUDGED, on this, the __25th__ day of July, 2017.

                                                       _s/Keith Starrett_
                                                       KEITH STARRETT
                                                       UNITED STATES DISTRICT JUDGE